**Order entered September 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00588-CV

## IN RE JEFFREY DAMON YOUNGER, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF15-09887-S**

## ORDER NUNC PRO TUNC

Based on the Court's opinion of September 2, 2020,[1] we **DENY** relator's petition for writ of mandamus.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] This nunc pro tunc is being entered to reflect September 2, 2020 as the correct date of issuance.